In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00040-CV
_____

ELVIN D. LILES AND JESSICA L. LILES, Appellants

V.

PRIORITY ONE MORTGAGE CORP., Appellee

On Appeal from the County Court
Jasper County, Texas
Trial Cause No. 3149

## MEMORANDUM OPINION

The appellants, Elvin D. Liles and Jessica L. Liles, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered March 28, 2013
Before McKeithen, C.J., Gaultney and Horton, JJ.